*MEMO ENDORSED*

# McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
### ATTORNEYS AT LAW

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

**DOC # 12**

ELIZABETH A. KENNY
Direct dial: (973) 565-2036
ekenny@mdmc-law.com

07-427

January 9, 2007

**VIA FACSIMILE**
Honorable Charles S. Haight
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1940
New York, NY 10007

MEMO ENDORSED

*U.S. DISTRICT COURT FILED JAN - 9 2007 S.D. OF N.Y.*

RE: **Charles A. Stanziale Jr. Chapter 7 Trustee of Student Finance Corporation v. Pepper Hamilton LLP, et al.**
**Misc. No. M8-85**

Dear Judge Haight:

With the permission of your secretary Ceceilia Rudden, I submit this letter on behalf of Charles A. Stanziale Jr., the Chapter 7 Trustee of Student Finance Corporation, requesting a brief adjournment of the return day of an Order to Show Cause in the above matter which is presently on your motion calendar for January 16, 2007. Counsel for Pepper Hamilton LLP, the moving party, and counsel for Mandiant Corporation and Royal Insurance have consented to a brief adjournment.

The Order to Show Cause asks why Mandiant Corporation should not be compelled to produce documents pursuant to a subpoena that was served in regard to litigation currently pending in the U.S. District Court for the District of Delaware.

I respectfully request that the return day of the Order to Show Cause be postponed to Thursday, January 18, 2007, at 2 p.m., a date and time suggested by your secretary. Please advise if my request for a brief adjournment is granted.

Respectfully submitted,

*Elizabeth A. Kenny*
Elizabeth A. Kenny

01/09/2007
*So Ordered*
*Charles S. Haight*
USDJ
(PART I)

cc: Stephen J. Shapiro, Esquire (via electronic mail)
Kenneth J. Pfaehler, Esquire (via electronic mail)

NEW YORK, NEW YORK  DENVER, COLORADO  RIDGEWOOD, NEW JERSEY  MORRISTOWN, NEW JERSEY  PHILADELPHIA, PENNSYLVANIA

MICROFILM JAN 10 2007 -9:02 AM