IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR.,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PEPPER HAMILTON LLP, *et al.*,  )<br>  )<br>Defendants.  )<br>  ) | C.A. No. 07-427-JJF |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel to Royal Indemnity Company in this action.

        ASHBY & GEDDES

        */s/Philip Trainer, Jr.*
        _____
        Philip Trainer, Jr. (#2788)
        Tiffany Geyer Lydon (#3950)
        Andrew D. Cordo (#4534)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, DE  19899
        (302) 654-1888

        *Attorneys for Royal Indemnity Company*

Dated: July 10, 2007
182144.1