IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STUDENT FINANCE CORPORATION,<br><br>　　　　　　　　　Debtor.<br><br>―――――――――――――――――<br><br>CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>　　　　　　　　　Defendants. | Chapter 7<br><br><br>Bankruptcy Case No.: 02-11620 (KJC)<br><br><br><br><br><br>Civil Action No.: 07-427 (JJF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT THE BAYARD FIRM, 222 Delaware Avenue, 9th Floor, Wilmington, Delaware 19801 and McElroy Deutsch Mulvaney & Carpenter LLP, Three Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102-4079, hereby enter their appearance in the above-captioned litigation to represent Charles A. Stanziale, Jr., as Chapter 7 Trustee to the estate of Student Finance Corporation.

Dated: July 10, 2007

THE BAYARD FIRM

/s/ Charlene D. Davis
Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, 9th Floor
Wilmington, Delaware 19801
(302) 655-5000

-and-

664613-1

Michael S. Waters, Esquire
Lois H. Goodman, Esquire
Elizabeth A. Kenny, Esquire
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
(973) 622-7711 (telephone)
(973) 622-5314 (facsimile)

Attorneys for Plaintiff Charles A.
Stanziale, Jr., Chapter 7 Trustee

664613-1

## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 10th day of July 2007, I caused a copy of the **Notice of Appearance** to be served via CM/ECF for all registered parties and upon the parties below via First Class United States Mail.

| | |
|---|---|
| Philip Trainer, Jr., Esquire<br>Tiffany Geyer Lydon, Esquire<br>Andrew Dieter Cordo, Esquire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | Kenneth R. Puhala, Esquire<br>Jane H. Kauh, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>140 Broadway, Suite 3100<br>New York, NY 10005 |
| Bruce Merenstein, Esquire<br>Stephen J. Shapiro, Esquire<br>Schnader Harrison Segal & Lewis LLP<br>1600 Market Street, Suite 3600<br>Philadelphia, PA 19103 | Michael H. Barr, Esquire<br>Kenneth J. Pfaehler, Esquire<br>Sonnenschein Nath & Rosenthal, LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |

/s/ *Mary E. Augustine*
Mary E. Augustine (No. 4477)

664613-1