IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-427-JJF |
| | ) |
| PEPPER HAMILTON LLP, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel to Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP, as indicated below.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ William H. Sudell, Jr.*
          William H. Sudell, Jr. (No. 0463)
          Donna L. Culver (No. 2983)
          Daniel B. Butz (No. 4227)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 658-3989

          *Attorneys for Defendants Pepper Hamilton LLP*
          *and W. Roderick Gagné, in his capacity as an*
          *attorney practicing at Pepper Hamilton LLP*

          - and -

        Elizabeth K. Ainslie
        Stephen J. Shapiro
        Schnader Harrison Segal & Lewis LLP
        1600 Market Street, Suite 3600
        Philadelphia, PA  19103
        Telephone:  (215) 751-2000
        Facsimile:  (215) 751-2205

*Attorneys for Defendants Pepper Hamilton LLP and W. Roderick Gagné, in his capacity as an attorney practicing at Pepper Hamilton LLP*

- and -

Charles A. Gilman
David G. Januszewski
David G. Montone
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY  10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420

*Attorneys for Defendant Pepper Hamilton LLP*

DATED:  July 11, 2007

952542.1

# CERTIFICATE OF SERVICE

I, William H. Sudell, Jr., certify that I am not less than 18 years of age, and that service of the foregoing **Notice of Appearance** was caused to be made on July 11, 2007, in the manner indicated, upon the individuals on the attached service list.

| | |
|---|---|
| Date: July 11, 2007<br>Wilmington, Delaware | */s/ William H. Sudell, Jr.*<br>William H. Sudell, Jr. (No. 463) |

952602.1

**SERVICE LIST**

**VIA HAND DELIVERY:**

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801

*Counsel for Royal Indemnity Company*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*

**VIA E-MAIL:**

Stephen J. Shapiro
Elizabeth K. Ainslie
Nicholas J. LePore, III
Bruce P. Merenstein
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Email: sshapiro@schnader.com; eainslie@schnader.com; nlepore@schnader.com; bmerenstein@schnader.com

*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Kenneth R. Puhala
Jane H. Kauh
Schnader Harrison Segal & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005
Email: kpuhala@schnader.com; jkauh@schnader.com

*Counsel for Pepper Hamilton LLP and W. Roderick Gagné*

Michael H. Barr
Kenneth J. Pfaehler
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Email: mbarr@sonnenschein.com; kpfaehler@sonnenschein.com

*Counsel for Mandiant Corporation*

Michael S. Waters
Lois H. Goodman
Elizabeth A. Kenny
McElroy Deutsch Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079
Email: : mwaters@mdmc-law.com; lgoodman@mdmc-law.com; ekenny@mdmc-law.com

*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee*

952613