IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., <br><br> Plaintiff, <br><br> v. <br><br> PEPPER HAMILTON LLP, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-427-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, the undersigned moves the admission *pro hac vice* of Kenneth J. Pfaehler, Esquire, of Sonnenschein Nath & Rosenthal, to represent Royal Indemnity Company in this matter.

ASHBY & GEDDES

*/s/Andrew D. Cordo*
_____
Philip Trainer, Jr. (#2788)
Tiffany Geyer Lydon (#3950)
Andrew D. Cordo (#4534)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899
(302) 654-1888
*Attorneys for Royal Indemnity Company*

Dated: July 16, 2007
182266.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that the motion for admission *pro hac vice* of Kenneth J. Pfaehler is GRANTED.

Date: _____          _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Bar of the District of Columbia and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with this Court's Standing Order effective January 1, 2005, I further certify that the annual fee in the amount of $25.00 will be forwarded to clerk upon the filing of this motion.

                                                /s/ Kenneth J. Pfaehler
                                                Kenneth J. Pfaehler
                                                Sonnenschein Nath & Rosenthal LLP
                                                1301 K Street, N.W.
                                                Suite 600, East Tower
                                                Washington, DC 20005-3364
                                                202-408-6468

Date: July 15, 2007