IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>STUDENT FINANCE CORPORATION,<br><br>DEBTOR. | : Chapter 7<br>:<br>: Case No. 02-11620 (KJC)<br>:<br>: |
| CHARLES A. STANZIALE, JR.,<br>CHAPTER 7 TRUSTEE OF STUDENT<br>FINANCE CORPORATION,<br><br>PLAINTIFF,<br><br>v.<br><br>PEPPER HAMILTON LLP, *et al.*,<br><br>DEFENDANTS. | :<br>:<br>:<br>: Civil Action No. 07-427 (JJF)<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lois H. Goodman, Esquire of McElroy, Deutsch, Mulvaney & Carpenter LLP to represent the above-captioned plaintiff in this matter. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fee for *pro hac vice* admission is being submitted in connection with this application.

Dated: July 23 2007

THE BAYARD FIRM

*/s/ Mary E. Augustine*

Charlene D. Davis (No. 2336)
Mary E. Augustine (No. 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Co-Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____          _____
Date                                                                          United States District Judge

665039-1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Dated: July 23, 2007

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Lois H. Goodman, Esquire
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079

Co-Counsel for Charles A. Stanziale, Jr.,
Chapter 7 Trustee

665039-1