# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

William H. Sudell, Jr.
302 351 9284
302 425 4685 Fax
wsudell@mnat.com

August 28, 2007

**E-FILED AND HAND-DELIVERED**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

        RE:    *Stanziale v. Pepper Hamilton LLP, et al.*, No. 07-427

Dear Judge Farnan:

        On February 8, 2007, the United States District Court for the Southern District of New York transferred Pepper Hamilton's motion to compel compliance with a subpoena *duces tecum* to this Court. The motion, which relates to two cases presently scheduled for trial before Your Honor on October 10, 2007 -- *Stanziale v. Pepper Hamilton LLP, et al.*, No. 04-1551, and *Royal Indemnity Co. v. Pepper Hamilton LLP, et al.*, No. 05-165 -- was officially entered on this Court's docket under a separate docket number on July 6, 2007. Pepper respectfully requests a ruling on the motion, as Pepper will need to make considerable efforts if the motion is granted to extract and review the potentially critical information contained on the computer server that is the subject of the motion in the six weeks remaining before trial.

        Pepper Hamilton's motion seeks to compel the production of an email server used by its former client, Student Finance Corporation ("SFC"). The email server contains thousands of emails to and from former SFC employees, including emails between SFC, Pepper Hamilton and other attorneys retained by SFC. These emails are critically important given that the bankruptcy trustee for SFC has sued Pepper for, among other things, legal malpractice and breach of fiduciary duty. The emails likely will show what advice Pepper Hamilton and SFC's

The Honorable Joseph J. Farnan, Jr.
August 28, 2007
Page Two

other lawyers did and did not give to SFC and what disclosures Pepper Hamilton made to SFC with respect to the conflicts of interest alleged by the Trustee.[1]

The email server at issue is in the possession of a non-party, Mandiant Corporation. When Mandiant refused to comply with a subpoena commanding the production of the server, Pepper Hamilton moved to compel compliance in the United States District Court for the Southern District of New York, the Court from which the subpoena issued. The motion was fully briefed and argued in the Southern District before it was transferred to Your Honor.

Pepper Hamilton stands ready to present the Court with any additional information it may need to decide the motion in advance of the October 10, 2007 trial in these matters.

             Respectfully submitted,

             William H. Sudell, Jr. /by permission

WHS/clh

cc: All Counsel on Attached Service List

1221983

---

[1] Pepper Hamilton does not have copies of many of the emails it sent to SFC because those emails were deleted from Pepper Hamilton's system in the normal course of business pursuant to Pepper Hamilton's document retention policies before SFC collapsed.

**VIA EMAIL AND U.S. MAIL**

Michael S. Waters
Lois H. Goodman
Charles A. Stanziale
Donald Crecca
Jeffrey T. Testa
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102
Email: lgoodman@mdmc-law.com;
mwaters@mdmc-law.com
cstanziale@mdmc-law.com
dcrecca@mdmc-law.com
jtesta@mdmc-law.com
*Counsel for Charles A. Stanziale, Jr. SFC Trustee*

Neil G. Epstein
Carol L. Press
Eckert Seamans Cherin & Mellott, LLC
50 South 16th Street
22nd Floor
Philadelphia, PA 19102-1909
Email: cpress@eckertseamans.com;
nepstein@eckertseamans.com
*Counsel for W. Roderick Gagné,
Pamela Bashore Gagné, Robert L. Bast
and the Trusts*

Steven M. Farina
Thomas H.L. Selby
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C. 20005
Email: Tselby@wc.com
*Counsel for McGladrey & Pullen LLP*

John H. Eickemeyer
Marie A. Tieri
Vedder Price Kaufman & Kammholz, P.C.
1633 Broadway, 47th Floor
New York, NY 10019
Email: jeickemeyer@vedderprice.com;
mtieri@vedderprice.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

John I. Grossbart
Alan S. Gilbert
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Email: jgrossbart@sonnenschein.com;
smerouse@sonnenschein.com
*Counsel for Royal Indemnity Company*

Veronica E. Rendon
Richard P. Swanson
Jason M. Butler
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
Email: Jason_butler@aporter.com;
veronica_rendon@aporter.com
*Counsel for McGladrey & Pullen LLP and
Michael Aquino*

Andre G. Castaybert
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Email: acastaybert@proskauer.com
*Counsel for MBIA*

2

1222002

## SERVICE LIST

## VIA E-MAIL AND HAND DELIVERY

Christopher M. Winter
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Email: cmwinter@duanemorris.com
*Counsel for McGladrey & Pullen LLP and Michael Aquino*

David E. Wilks
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Email: dwilks@reedsmith.com
*Counsel for Freed Maxick & Battaglia, CPAs, PC*

Karen Lee Turner
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
Email: kturner@eckertseamans.com
*Counsel for W. Roderick Gagné, Pamela Bashore Gagné, Robert L. Bast and the Trusts*

Tiffany Geyer Lydon
Philip Trainer, Jr.
Carolyn Shelly Hake
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Email: tlydon@ashby-geddes.com; ptrainer@ashby-geddes.com; chake@ashby-geddes.com
*Counsel for Royal Indemnity Company*

Charlene M. Davis
Ashley B. Stitzer
Mary E. Augustine
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Email: cdavis@bayardfirm.com; astitzer@bayardfirm.com; maugustine@bayardfirm.com
*Counsel for Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation*

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Email: jshaw@ycst.com
*Counsel for MBIA*