# THE BAYARD FIRM
A T T O R N E Y S

222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
Zip Code For Deliveries: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(Fax) 302-658-6395

WRITER'S DIRECT ACCESS

302-429-4212
cdavis@bayardfirm.com

September 4, 2007

**VIA HAND DELIVERY**
Honorable Joseph J. Farnan, Jr., U.S.D.J.
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Room 4124
Wilmington, DE 19801

    RE:    **Charles A. Stanziale, Jr., Chapter 7 Trustee of Student Finance Corporation vs. Pepper Hamilton LLP, et al.
Civil Action No. 07-427 (JJF)**

Dear Judge Farnan:

    We respectfully submit this letter in response to the August 28, 2007 letter from Pepper Hamilton, relating to its motion to compel the production of the contents of the SLS server, which is in the possession of non-party Mandiant Corporation. As the Trustee has previously advised Pepper Hamilton and the Court, he does not object to the production of non-privileged documents on the server. The only issue is who will bear the cost of the production, since the data has been compressed and converted to zip files, and that process would need to be reversed, with each document restored, unarchived and indexed. Mandiant has estimated that the process would cost approximately $35,000-$50,000. Pepper Hamilton indicates that this data is critical, but the fact is that it could have had the data at any time simply by paying the costs involved.

                                          Respectfully submitted,

                                          Charlene D. Davis

CDD/tlw
cc:    All Counsel of on the Attached Service List

669199-1

# CERTIFICATE OF SERVICE

I, Charlene D. Davis, hereby certify that on this 4th day of September, 2007, I caused a copy of the **Letter to the Honorable Joseph J. Farnan, Jr., U.S.D.J.** to be served upon the parties listed below in the manner indicated.

## VIA ELECTRONIC MAIL

Stephen J. Shapiro, Esquire
sshapiro@schnader.com

Veronica E. Rendon, Esquire
Veronica.Rendon@aporter.com

Andre G. Castaybert, Esquire
acastaybert@proskauer.com

John I. Grossbart, Esquire
jgrossbart@sonnenschein.com

John H. Eickemeyer, Esquire
jeickemeyer@vedderprice.com

Charles A. Gilman, Esquire
cgilman@cahill.com

William H. Sudell, Jr., Esquire
wsudell@mnat.com

Christopher M. Winter, Esquire
cmwinter@duanemorris.com

John W. Shaw, Esquire
jshaw@ycst.com

Neil G. Epstein, Esquire
nepstein@eckertseamans.com

Karen Singer, Esquire
KSinger@eckertseamans.com

Alan S. Gilbert, Esquire
agilbert@sonnenschein.com

Brian L. Friedman, Esquire
blfriedman@proskauer.com

Bruce Merenstein, Esquire
bmerenstein@schnader.com

David G. Januszewski, Esquire
djanuszewski@cahill.com

David Montone, Esquire
dmontone@cahill.com

Dawn Jones, Esquire
djones@ycst.com

David C. McBride, Esquire
dmcbride@ycst.com

David E. Wilks, Esquire
DWilks@ReedSmith.com

Elizabeth K. Ainslie, Esquire
eainslie@schnader.com

Jason M. Butler, Esquire
Jason_Butler@aporter.com

M. Justin Lubeley, Esquire
jlubeley@cahill.com

669223-1

Jonathan A. Wexler, Esquire
jwexler@vedderprice.com

Lisa A. Bauer, Esquire
lbauer@proskauer.com

Michael H. Barr, Esquire
mbarr@sonnenschein.com

Marie A. Tieri, Esquire
mtieri@vedderprice.com

Robert W. Gifford, Esquire
rgifford@sonnenschein.com

Ronald Rauchberg, Esquire
rauchberg@proskauer.com

Steven L. Merouse, Esquire
smerouse@sonnenschein.com

Tiffany Geyer Lydon, Esquire
tlydon@ashby-geddes.com

Carol Press, Esquire
CPress@eckertseamans.com

Kenneth J. Pfaehler, Esquire
kpfaehler@sonnenschein.com

Lisa A. MacVittie, Esquire
lmacvittie@sonnenschein.com

Michael R. Lastowski, Esquire
mrlastowski@duanemorris.com

Nicholas LePore, Esquire
nlepore@schnader.com

Richard P. Swanson, Esquire
richard.swanson@aporter.com

Steven M. Farina, Esquire
sfarina@wc.com

Steven Obus, Esquire
sobus@proskauer.com

Thomas H.L. Selby, Esquire
TSelby@wc.com

*/s/ Charlene D. Davis*
Charlene D. Davis (No. 2336)