IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES A. STANZIALE, JR., CHAPTER 7 TRUSTEE OF STUDENT FINANCE CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>PEPPER HAMILTON LLP, et al.,<br><br>        Defendants. | Civil Action No. 07-00427 (JJF) |

## NOTICE OF WITHDRAWAL

        PLEASE TAKE NOTICE that defendant Pepper Hamilton LLP hereby withdraws (i) Pepper Hamilton LLP's Motion to Compel Discovery From Nonparty Mandiant Corporation and the Memorandum of Law of Pepper Hamilton LLP In Support of Motion to Compel Discovery from Nonparty Mandiant Corporation, filed on December 29, 2006 (D.I. 81) and (ii) the Reply Memorandum of Law of Pepper Hamilton LLP in Support of Motion to Compel Discovery From Nonparty Mandiant Corporation filed on January 12, 2007 (D.I. 87).

Dated: October 3, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  *Daniel B. Butz*
William H. Sudell, Jr. (No. 0463)
Daniel B. Butz (No. 4227)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Attorneys for Defendant Pepper Hamilton LLP and W. Roderick Gagne, in his capacity as an attorney practicing at Pepper Hamilton LLP*

Of Counsel:

Charles A. Gilman
David G. Januszewski
David G. Montone
Cahill Gordon & Reindel llp
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

Attorneys for Defendant Pepper Hamilton LLP

Elizabeth K. Ainslie
Stephen J. Shapiro
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2000
Facsimile: (215) 751-2205

Attorneys for Defendant Pepper Hamilton LLP and W. Roderick Gagne, in his capacity as an attorney practicing at Pepper Hamilton LLP

1251481.1